## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## WACO DIVISION

| | | |
|---|---|---|
| **PROVEN NETWORKS, LLC.,** | § | |
| *Plaintiff and* | § | |
| *Declaratory Judgment* | § | **W-20-MC-02959-ADA** |
| *Defendant,* | § | |
| | § | |
| **-v-** | § | |
| | § | |
| **AMAZON.COM, INC., AMAZON WEB** | § | |
| **SERVICES, INC., DELL** | § | |
| **TECHNOLOGIES,** | § | |
| **INC., DELL, INC., EMC** | § | |
| **CORPORATION,** | § | |
| **ARISTA NETWORKS, INC.,** | § | |
| **SOLARWINDS CORP., NETAPP, INC.,** | § | |
| **ARUBA NETWORKS, INC.,** | § | |
| **HEWLETT PACKARD ENTERPRISE** | § | |
| **COMPANY, CISCO SYSTEMS, INC.,** | § | |
| *Defendants* | § | |
| | § | |
| **AND** | § | |
| | § | |
| **SONICWALL, INC.,** | § | |
| *Declaratory Judgment* | § | |
| *Plaintiff* | § | |
| | § | |

## ORDER TO PAY TECHNICAL ADVISOR

The Court previously appointed Dr. Joshua J. Yi to serve as a technical advisor on this case.  The Court has reviewed Dr. Yi's invoice for services through today and finds the requested amount to be reasonable and necessary.  As such, the Court **ORDERS** payment to be promptly made as follows:

| | |
|---|---|
| Proven Networks: | $3,557.08 |
| Sonic Wall: | $3,557.08 |
| Amazon: | $3,557.08 |
| Dell / EMC: | $3,557.08 |
| Arista: | $3,557.08 |
| Solarwinds: | $3,557.08 |
| NetApps: | $3,557.08 |

Aruba / HPE:          $3,557.08
Cisco:                $3,557.08

Dr. Yi will separately provide deposit instructions.


**SIGNED** this 12th day of May, 2021.


ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE