IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| PROVEN NETWORKS, LLC, SONICWALL INC. <br><br> Plaintiff, <br><br> v. <br><br> AMAZON.COM, INC., AMAZON WEB SERVICES, INC., DELL TECHNOLOGIES, INC., DELL, INC., EMC CORPORATION, ARISTA NETWORKS, INC., SOLARWINDS CORP., NETAPP, INC., ARUBA NETWORKS, INC., HEWLETT PACKARD ENTERPRISE COMPANY, CISCO SYSTEMS, INC., <br><br> Defendants. | Case No. WA:20-MC-02959-ADA |
| PROVEN NETWORKS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> NETAPP, INC., <br><br> Defendant. | Case No. 6:20-cv-00369-ADA |

**JOINT MOTION TO DISMISS**

WHEREAS, Plaintiff Proven Networks, LLC, ("Plaintiff") and Defendant NetApp, Inc. ("NetApp") have resolved Plaintiff's claims for relief against NetApp and NetApp's counterclaims asserted in this case.

1

NOW, THEREFORE, Plaintiff and NetApp, through their attorneys of record, request this Court to dismiss Proven's claims for relief against NetApp and NetApp's counterclaims against Proven with prejudice. All attorneys' fees, costs of court and expenses shall be borne by the party incurring same.

Dated: September 29, 2022

Respectfully submitted,

*/s/ Paul A. Kroeger*

Reza Mirzaie (CA SBN 246953)
rmirzaie@raklaw.com
Marc A. Fenster (CA SBN 181067)
Email: mfenster@raklaw.com
Brian D. Ledahl (CA SBN 186579)
Email: bledahl@raklaw.com
Benjamin T. Wang (CA SBN 228712)
Email: bledahl@raklaw.com
Paul A. Kroeger (SBN 229074)
pkroeger@raklaw.com
Jonathan Ma (CA SBN 312773)
jma@raklaw.com
RUSS AUGUST & KABAT
12424 Wilshire Blvd. 12th Floor
Los Angeles, CA 90025
Phone: (310) 826-7474

*Attorneys for Plaintiff Proven Networks, LLC*

*/s/ Carrie Williamson*
John Guaragna (Bar No. 24043308)
**DLA PIPER LLP (US)**
303 Colorado St., Suite 3000
Austin, TX 78701
Telephone: (512) 457-7000
Facsimile: (512) 457-7001
john.guaragna@us.dlapiper.com

Mark D. Fowler (*Pro Hac Vice*)
Clayton Thompson (*Pro Hac Vice*)
Carrie Williamson  (*Pro Hac Vice*)
Sangwon Sung  (*Pro Hac Vice*)

Monica de Lazzari (*Pro Hac Vice*)
**DLA PIPER LLP (US)**
2000 University Avenue
East Palo Alto, California 94303-2214
Telephone: (650) 833-2000
Facsimile: (650) 833-2001

*Attorneys for Defendant NetApp, Inc.*

## CERTIFICATE OF SERVICE

    I certify that on September 29, 2022, a true and correct copy of the foregoing document was electronically filed with the Court and served on all parties of record via the Court's CM/ECF system.

                                                    */s/ Paul A. Kroeger*
                                                    Paul A. Kroeger